## Second Department, December, 1936.
### (December 2, 1936.)

In the Matter of Proceedings Supplementary to Judgment: Anna M. Gesell, Respondent, v. Herbert R. Gesell, Appellant.— On argument, order granting motion for reduction of judgment by weekly installments pursuant to section 793 of the Civil Practice Act, and directing that the judgment debtor make weekly payments of twenty-five dollars, modified so as to provide that the installments be reduced to fifteen dollars weekly, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

### (December 4, 1936.)

Florence Ullman Breslav, Suing as a Stockholder of New York and Queens Electric Light and Power Company on Behalf of Herself and All Other Stockholders Similarly Situated, Appellant, v. New York and Queens Electric Light and Power Company and Others, Respondents.— In view of the decision of the appeal herein (*ante*, p. 181), decided herewith, the motion for a temporary injunction pending the hearing and determination of the appeal is dismissed. Present — Lazansky, P. J., Carswell, Davis and Johnston, JJ.; Hagarty, J., not voting.

William F. Heller, Respondent, v. Pepsi-Cola Company and Others, Appellants, and Another, Defendant.— In view of the disposition of the appeal herein (*post*, p. 736), decided herewith, the motion to stay the examination before trial is dismissed. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to Certain Real Property Required as an Addition to Flushing Meadow Park, in the Borough of Queens, City of New York. The City of New York, Respondent; Niacol Realty Corporation and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Bankers Trust Company, as Trustee, Respondent, v. New York and Queens County Railway Company, Respondent; Arthur G. Peacock, Receiver-Respondent; Bondholders' Committee, Respondent; Eugene J. Noyes, Appellant.— On application by the petitioner for an additional allowance as counsel to the receiver in addition to the salary paid him, the motion was denied, and on reargument was again denied. Orders affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

Dorothy L. Bass, Appellant, v. Benjamin Bass, Respondent.— Appeal by plaintiff from order denying her motion for leave to docket a deficiency judgment for arrears of temporary alimony and referring to an official referee the question whether the parties had entered into a valid agreement whereby the plaintiff had agreed to accept a lesser amount than that awarded by the final decree, and from an order referring to an official referee defendant's motion to reduce the alimony provided for in the judgment of separation. Orders affirmed, without costs. No opinion. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.